# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET A. MCKENNA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONARCH RECOVERY MANAGEMENT, INC.,<br><br>Defendant. | Case No.: 17cv223 JM (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO SET ASIDE DEFAULT** |

On April 18, 2017, Plaintiff Margaret McKenna and Defendant Monarch Recovery Management, Inc. ("MRM") filed a joint motion, (Doc. No. 10), to set aside the Clerk's entry of default against MRM, (Doc. No. 9). Federal Rule of Civil Procedure 55(c) provides that a "court may set aside an entry of default for good cause." To determine whether good cause exists, the court considers: (1) whether the party against whom default was entered "engaged in culpable conduct that led to the default"; (2) whether that party had a meritorious defense; or (3) "whether reopening the default judgment would prejudice the other party." United States v. Signed Pers. Check No. 730 of Yubran S. Mesle, 615 F.3d 1085, 1091 (9th Cir. 2010).

Here, the parties agree that MRM did not engage in culpable conduct that led to the

1

default and that Plaintiff would not be prejudiced by setting aside the default. Accordingly, the court finds that good cause exists and sets aside the Clerk's entry of default.

      IT IS SO ORDERED.

DATED: April 19, 2017

JEFFREY T. MILLER
United States District Judge